# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Lawrence Curtis Boyle                    Docket No. 7:05-CR-26-1F

### Petition for Action on Supervised Release

     COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Curtis Boyle, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1), Possession of a Firearm and Ammunition by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 17, 2006, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

     Lawrence Curtis Boyle was released from custody on March 1, 2011, at which time the term of supervised release commenced. On April 19, 2012, Boyle was reported to the court for incurring a law violation of Driving While License Revoked. Supervision was continued and this matter was held in abeyance. On August 27, 2012, Boyle was reported to the court for use of drugs (marijuana). Supervision was continued and Boyle was re-instated in drug treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

     Lawrence Boyle has been on supervised release for 18 months and incurred two violations noted above. On September 20, 2012, he submitted a urine sample which tested positive for

Lawrence Curtis Boyle
Docket No. 7:05-CR-26-1F
Petition For Action
Page 2

marijuana. He denied using marijuana since the August incident, but a laboratory test confirmed the test result as positive for marijuana. Furthermore, on September 23, 2012, Boyle was charged again with Driving While License Revoked, and this charge remains pending in New Hanover County.

It appears Mr. Boyle is struggling with substance abuse, marital and employment instability, and lack of a valid driver's license. He has been re-instated in substance abuse counseling to get his life under control. He has been advised by our office that continued noncompliance will not be tolerated. As such, we are recommending supervision be continued, but modified to require Boyle to serve 10 days in jail at the direction of the probation office and the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, and shall abide by all rules and regulations of the designated facility. The period of confinement shall be served at the direction of the probation office and the Bureau of Prisons.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-815-4857 |
| | Executed On: November 1, 2012 |

### ORDER OF COURT

Considered and ordered this 2nd day of November, 2012, and ordered filed and made a part of the records in the above case.

/s/ James C. Fox
James C. Fox
Senior U.S. District Judge