# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Lawrence Curtis Boyle                          Docket No. 7:05-CR-26-1F

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lawrence Curtis Boyle, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1), Possession of a Firearm and Ammunition by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 17, 2006, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Lawrence Curtis Boyle was released from custody on March 1, 2011, at which time the term of supervised release commenced. On February 21, 2013, Boyle appeared before Your Honor on a Motion for Revocation and the court revoked the term of supervised release and released Boyle with time served. The court imposed an additional two year term of supervised release under the standard conditions, and a special condition requiring Boyle to serve 6 months at a residential re-entry center as arranged by the probation office and shall abide by the condition of that program during said placement.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Lawrence Boyle began his 6 month placement at Bannum Place of Wilmington on March 22, 2013, and has incurred no violations while residing at the residential re-entry center. However, his current employment is at night and his wife is working two jobs while having to care for two small

Lawrence Curtis Boyle
Docket No. 7:05-CR-26-1F
Petition For Action
Page 2

children without the help of Mr. Boyle. On May 15, 2013, Boyle petitioned the court for a modification to the condition requiring him to serve 6 months at the residential re-entry center, and in lieu thereof, amend the condition to allow him to serve the remaining time he has at the RRC under home detention with electronic monitoring. Our office has reviewed the petition and the circumstances of Boyle's request, and do not object to the court amending the condition of supervision, and allowing Boyle to be released from the residential re-entry center and serve the remaining balance of time on home detention with electronic monitoring.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be released from the residential re-entry center, Bannum Place of Wilmington, NC, at the direction of the probation office, and abide by all conditions and terms of the home detention program until September 17, 2013. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>Phone: 910-815-4857<br>Executed On: May 23, 2013 |

Lawrence Curtis Boyle
Docket No. 7:05-CR-26-1F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 24th day of May, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge